568 A.2d 34

**Francine L. MITTELMAN, et vir**

v.

**William S. KINSEY, et al.**

**No. 87, Sept. Term, 1989.**

Court of Appeals of Maryland.

Jan. 12, 1990.

David M. Buffington and H. Thomas Howell (Gerard J. Prud'homme, Semmes, Bowen & Semmes, all on brief), Baltimore, for petitioners.

A. Gwynn Bowie, Jr. (Donald W. Whitehead, Jr., Smith, Somerville & Case, all on brief), Annapolis, for respondents.

Argued before ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS, and HOWARD S. CHASANOW (Specially Assigned) and CHARLES E. ORTH, Jr. (Retired, Specially Assigned), JJ.

ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 12th day of January, 1990

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.